SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG 6 2007

J. T. NOBLIN, CLERK
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**UNITED STATES OF AMERICA**

**V.**                              **CRIMINAL NO. 3:05cr59-HTW-JCS**

**LATOYA CLARRISA WILLIS**

### ORDER AMENDING JUDGMENT
### PURSUANT TO F.R.Cr.P. 35(a) and 36

There came on this day for hearing on the Motion Latoya Willis, through undersigned counsel, to respectfully request that her judgment and commitment order include a judicial recommendation that she serve her sentence of imprisonment in a facility nearest to Chicago, Illinois. The Court having considered said motion find that it is well taken and should be granted. Accordingly, it is

ORDERED AND ADJUDGED that the judgment and commitment order be amended to include a judicial recommendation to the Bureau of Prisons that the defendant be designated to the facility nearest to Chicago, Illinois.

SO ORDERED this the 31st day of July, 2007.

_____
HENRY T. WINGATE, CHIEF JUDGE
UNITED STATES DISTRICT COURT